JUDSON BRADWAY CO. v. STATE HIGHWAY COMMISSIONER.

This case is controlled by *Detroit Trust Co.* v. *State Highway Commissioner, ante,* 449.

Petition by Judson Bradway Company and Trowbridge Farms Company, Michigan corporations, against Murray D. Van Wagoner, State Highway Commissioner, and Grand Trunk Western Railroad Company for writ of mandamus to compel payment of award on condemnation of property. Submitted October 8, 1940. (Calendar No. 40,545.) Writ granted December 10, 1940. Rehearing denied February 7, 1941.

*Raymond M. Shock* and *Frank W. Atkinson,* for petitioners.

*Thomas Read,* Attorney General, and *Edmund E. Shepherd* and *F. Floyd Blakeslee,* Assistants Attorney General, for defendant State Highway Commissioner.

*H. V. Spike* and *John Gafill,* for defendant Grand Trunk Western Railroad Company.

NORTH, J. This case in its legal aspect is the same as *Detroit Trust Co.* v. *State Highway Commissioner, ante,* 449; and for reasons stated in the cited case, petitioners herein are granted our writ of mandamus as prayed. The payment commanded will be directed to be made jointly to petitioners, with costs.

BUSHNELL, C. J., and SHARPE, BOYLES, CHANDLER, McALLISTER, WIEST, and BUTZEL, JJ., concurred.